**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: VALERIE F TOLSON ) Case No. 18 B 13351
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## NOTICE OF MOTION

VALERIE F TOLSON                                PRO SE DEBTOR
                                                ACTING AS OWN ATTORNEY
1649 E 50TH ST #1-20E
CHICAGO, IL 60615

Please take notice that on February 04, 2019 at 9:00 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on January 11, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR TERM OF PLAN

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On May 07, 2018 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on November 19, 2018, for a period of 60 months.

3. The plan will complete in 101 months, from the date of confirmation.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN                                      /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900